IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OPPORTUNE LLP** | § <br> § <br> § |
| **Plaintiff,** | § <br> § <br> § |
| v. | §   4:18-CV-7 <br> § <br> § |
| **OPORTUN, INC. AND OPORTUN, LLC,** | § <br> § <br> § |
| **Defendants.** | § <br> § <br> § |

### DEFENDANT OPORTUN, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's January 3, 2018 Order (Dkt. No. 4), Defendant Oportun, Inc. makes the following disclosure:

1. Oportun, Inc. is not a publicly held corporation.

2. Oportun, Inc.'s parent corporation is Oportun Financial Corporation, which owns 100% of Oportun, Inc.

Dated: March 1, 2018

Respectfully submitted,

/s/ *Calli A. Turner*
Calli A. Turner
State Bar No. 24088558
cturner@mwe.com
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood, Suite 1900
Dallas, Texas 75201
(214) 295-8000
(972) 232-3098 (facsimile)

John J. Dabney (*pro hac vice*)
jdabney@mwe.com
Mary D. Hallerman (*pro hac vice*)

mhallerman@mwe.com
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street NW
Washington, D.C. 20001
(202) 756-8000
(202) 756-8087 (facsimile)

L. Kieran Kieckhefer (*pro hac vice*)
kkieckhefer@mwe.com
MCDERMOTT WILL & EMERY LLP
275 Middlefield Road
Suite 100
Menlo Park CA 94025
(650) 815-7400
(650) 815-7401 (facsimile)

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, a true and correct copy of the foregoing document was served by electronic transmission through the Court's Case Management Electronic Case Filing system.

/s/ *Calli A. Turner*
Calli A. Turner

DM_US 89361007-1.104107.0011