| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-00007 |
|---|---|---|---|

| Opportune LLP |
|---|
| *versus* |
| Oportun, Inc.<br>Oportun, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Lyn R. Agre<br>Kasowitz Benson Torres LLP<br>101 California Street, Suite 3000<br>San Francisco, California 94111<br>Tel. (415) 655-4308; LAgre@kasowitz.com<br>California SBN 178218 |
|---|---|

| Name of party applicant seeks to appear for: | Defendants Oportun, Inc. and Oportun LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/30/2020 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**         This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                                                        United States District Judge